UNITED STATES COURT OF INTERNATIONAL TRADE

| G-M SUPER SALES CO., INC., et al § | |
|---|---|
| Plaintiffs, § | Court No. 00-05-00244 |
| (see attached schedule) § | |
| vs. § | |
| § | |
| UNITED STATES, § | |
| Defendant § | |

ORDER

The Court having reviewed Plaintiff's Third Motion to retain on the Reserve Calendar the three cases on the schedule attached to this order presently on the Reserve Calendar, was of the opinion that such Motion should be granted.

It is accordingly ORDERED that the subject cases are to be retained on the reserve calendar for a period of an additional ninety days from April 21, 2002 (i.e. until July 20, 2002).

Signed and entered this the ___ day of _____, _____.

_____
Presiding Judge

## LIMES ISSUE IMPORTERS

| | IMPORTER | IMPORTER # | COURT # |
|---|---|---|---|
| 1. | G-M Super Sales Company, Inc. | 74-2690818 | 00-05-00244 |
| 2. | Coast Citrus Distributing | 95-162855400 | 00-05-00246 |
| 3. | McAllen Fruit & Vegetable Company, Inc. | 74-2565188 | 00-05-00248 |

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| G-M SUPER SALES CO., INC. et al §<br>　　　Plaintiffs,　　　　　　§<br>(see attached schedule)　　　§<br>　　　vs.　　　　　　　　　§<br>　　　　　　　　　　　　　§<br>UNITED STATES,　　　　　§<br>　　　Defendant　　　　　§ | Court No. 00-05-00244 |

THIRD MOTION TO RETAIN CASES ON RESERVE CALENDAR

Plaintiffs respectfully move that the three cases set forth on the schedule attached to this Motion be retained on the reserve calendar until July 20, 2002 (90 days from the present removal deadline of April 21, 2002), and, as grounds for such motion, would respectfully show unto the Court as follows.

I.

Plaintiff in the above-referenced case, together with Plaintiffs in eleven other related cases, have heretofore jointly moved the Court for retention of such cases on the Reserve Calendar until April 21, 2002, which motion was granted by the Court.. As grounds for such motion (with which the government concurred), Plaintiffs advised the Court that the government and counsel for the Plaintiffs were developing Stipulations of Facts and Stipulations of Judgment in the subject twelve pending actions, as well as in a related case in which a complaint has already been filed, *I. Kunik Company v. U. S.*, Court No.00-05-00247. Plaintiffs further advised that, in order to complete the stipulations in each case, the government was required to verify each of the involved protested entries, which number, in all, almost 10,000.

II.

To date, the government has completed review of the protested entries in nine of the subject twelve cases, and Stipulations of Judgment have been submitted to the Court and entered in those nine cases. The government has not completed review of the protested entries in the three cases set forth on the schedule attached to this motion, which three cases involve a voluminous number of entries.

III.

Accordingly, Plaintiffs respectfully request the Court to retain on the reserve calendar until July 20, 2002, the three cases set forth on the attached list.

IV.

Counsel for the government is in agreement with this motion.

Respectfully submitted by

GIVENS & ASSOCIATES, PLLC

_____
Robert T. Givens
Attorneys for Plaintiffs
Federal Bar #000043006
950 Echo Lane, Suite 360
Houston, Texas  77024
(713) 932-1540
(713) 932-1542 (fax)

CERTIFICATE OF SERVICE

This is to certify that on this 5th day of April, 2002, a true and correct copy of the foregoing Third Motion to Retain Cases on Reserve Calendar was sent to Department of Justice, 26 Federal Plaza, New York, New York 10278, either by mail or facsimile, or was hand delivered.

_____
Robert T. Givens

RECEIVED & FILED
2002 APR -8  A 9: 44